# McCormac v. The State.

Appeal from Cullman Circuit Court.

Tried before the Hon. H. C. Speake.

Cofer & Brown, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for resisting an officer. Judgment affirmed.
Opinion by HARALSON, J.